George J. Kovacevich, SBN 48125
Jeffrey E. Barnes, SBN 212154
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, California  95060
Telephone:  (831) 423-8383
Facsimile:  (831) 423-9401

**E-filed 12/13/05**

Attorneys for Defendants
CITY OF SANTA CRUZ; SANTA CRUZ POLICE DEPARTMENT; SCPD POLICE CHIEF STEVEN BELCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN MAURER,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SANTA CRUZ; SANTA CRUZ POLICE DEPARTMENT; SCPD OFFICER DERRICK PHELPS; SCPD COMMUNITY SERVICE OFFICER PAM BACHTEL; SCPD POLICE CHIEF STEVEN BELCHER; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>        Defendants. | CASE NO. **C04-04960-JF**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

Plaintiff and Defendants, through their respective counsel, stipulate to continue the case management conference, currently set for December 16, 2005 at 10:30 a.m. to January 20, 2006 at 10:30 a.m.  The purpose of this stipulation for a continuance is to accommodate the parties' settlement conference with Magistrate Judge Patricia Trumbull which is currently scheduled for December 16, 2005 at 10:00 a.m.

Dated:  December 5, 2005                         _____/S/_____
                                                 KATE WELLS
                                                 Attorney for Plaintiff
                                                 JOHN ALLEN MAURER

///

|   |   |
|---|---|
| | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| Dated: December 5, 2005 | By: _____/S/_____<br>JEFFREY E. BARNES<br>Attorneys for Defendants |

## **ORDER**

Based on the stipulation of the parties, IT IS SO ORDERED. The case management conference is continued to January 20, 2006 at 10:30 a.m.

Dated: 12/12/05      Jeremy Fogel /s/electronic signature authorized
                     UNITED STATES DISTRICT COURT JUDGE