**E-filed 3/20/06**

1 | George J. Kovacevich, SBN 48125
Jeffrey E. Barnes, SBN 212154
2 | **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
3 | 333 Church Street
Santa Cruz, California 95060
4 | Telephone: (831) 423-8383
Facsimile: (831) 423-9401

Attorneys for Defendants
CITY OF SANTA CRUZ; SANTA CRUZ
POLICE DEPARTMENT; SCPD POLICE
CHIEF STEVEN BELCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN MAURER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF SANTA CRUZ; SANTA CRUZ POLICE DEPARTMENT; SCPD OFFICER DERRICK PHELPS; SCPD COMMUNITY SERVICE OFFICER PAM BACHTEL; SCPD POLICE CHIEF STEVEN BELCHER; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>  Defendants. | CASE NO. **C04-04960-JF**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

Plaintiff and Defendants, through their respective counsel, stipulate to continue the case management conference, currently set for March 24, 2006 at 10:30 a.m. to April 28, 2006 at 10:30 a.m. The purpose of this stipulation for a continuance is to accommodate the parties' continuing settlement discussions with Magistrate Judge Patricia Trumbull.

Dated: March 7, 2006  _____/S/_____
                      Paul Sanford
                      Attorney for Plaintiff
                      JOHN ALLEN MAURER

STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE DATE                                              Page 1

|   |   |
|---|---|
| | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| Dated: March 7, 2006 | By: _____/S/_____<br>JEFFREY E. BARNES<br>Attorneys for Defendants |

### ORDER

Based on the stipulation of the parties, IT IS SO ORDERED. The case management conference is continued to April 28, 2006 at 10:30 a.m.

Dated: __3/20/06_____    _____
                              UNITED STATES DISTRICT COURT JUDGE

I, Jeffrey E. Barnes, hereby attest that the faxed signature of Paul Sanford is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA 95060.

|   |   |
|---|---|
| | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| Dated: March 7, 2006 | By: _____/S/_____<br>JEFFREY E. BARNES<br>Attorneys for Defendants |