```
George J. Kovacevich, SBN 48125
Jeffrey E. Barnes, SBN 212154
```
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
```
A Professional Corporation
333 Church Street
Santa Cruz, California  95060
Telephone:  (831) 423-8383
Facsimile:  (831) 423-9401

Attorneys for Defendants
CITY OF SANTA CRUZ; SANTA CRUZ
POLICE DEPARTMENT; SCPD POLICE
CHIEF STEVEN BELCHER
```

**E-filed 4/27/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN MAURER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CRUZ; SANTA CRUZ POLICE DEPARTMENT; SCPD OFFICER DERRICK PHELPS; SCPD COMMUNITY SERVICE OFFICER PAM BACHTEL; SCPD POLICE CHIEF STEVEN BELCHER; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. **C04-04960-JF**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

　　　　Plaintiff and Defendants, through their respective counsel, stipulate to and request that the Court grant their request for a continuance of the case management conference, currently set for April 28, 2006 at 10:30 a.m., to July 28, 2006 at 10:30 a.m.  The purpose of this stipulation and request for a continuance is to allow the parties time to execute and then perform the terms of the written settlement agreement reached by the parties.


Dated:  April 26, 2006　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　Kate Wells
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　JOHN ALLEN MAURER

|   |   |   |
|---|---|---|
| | | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| Dated: April 26, 2006 | By: | /S/<br>JEFFREY E. BARNES<br>Attorneys for Defendants |

I, Jeffrey E. Barnes, hereby attest that the faxes signature of Kate Wells is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA  95060.

|   |   |   |
|---|---|---|
| | | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| Dated: April 26, 2006 | By: | /S/<br>JEFFREY E. BARNES |

### **ORDER**

Based on the stipulation of the parties, IT IS SO ORDERED.  The case management conference is continued to July 28, 2006 at 10:30 a.m.

Dated: 4/27/06

UNITED STATES DISTRICT COURT JUDGE